UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-23924-GAYLES/OTAZO-REYES

SARA GEDA,

    Plaintiff,

vs.

2K CLEVELANDER, LLC,

    Defendant.
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case Magistrate Judge Otazo-Reyes conduct a review of the settlement agreement and to handle all post-settlement agreement matters, including dismissal.  The parties do not consent to the reassignment to any other or successor Magistrate Judge.

| For Plaintiff: | For Defendant: |
|---|---|
| */s/ Paul A. Sack* | */s/ John Cody German*, Esq. |
| Paul A. Sack, Esq. | John Cody German, Esq. |
| **LAW OFFICES OF PAUL A. SACK, P.A.** | **COLE, SCOTT & KISSANE, P.A.** |
| 1130 Washington Avenue, | Cole, Scott & Kissane Building |
| Suite 3 | 9150 South Dadeland Boulevard, |
| Miami Beach, FL 33139 | Suite 1400 |
| Tel. 305-397-8077 | P.O. Box 569015 |
| Fax 305-763-8057 | Miami, Florida 33256 |
| E-mail: paul@paulsacklaw.com | Telephone (786) 268-6415 |
| ps1619@bellsouth.net | Facsimile (305) 373-2294 |
| | E-mail: cody.german@csklegal.com |